# EXHIBIT B



# STATEMENT OF WORK N 001

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**"**,** "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies**, "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

**1. SCOPE OF SERVICES.**

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render accounting services for the role of Senior Accountant.

**2. MILESTONE DELIVERABLES**

Key deliverables encompass recurring GL accounting tasks based on mutually agreed upon weekly schedule/timeline. The deliverables shall be communicated in the following manner:

- CLIENT shall set weekly schedule/tasks and communicate via email.
- PROVIDER shall report on completion of accepted tasks weekly.

If tasks/schedule are not feasible to PROVIDER – CLIENT shall be notified upon task receipt.

If CLIENT is not satisfied with reported work – PROVIDER shall be notified within a week.

**3. DURATION OF SERVICES**

The SERVICES detailed above will start from 01 October 2021 and will continue until termination in accordance with the provisions of the Agreement.

**4. Fees**

**4.1** Hundred's professional fees for the service shall amount USD $3,000 (three thousand) per month for the role of Senior Accountant.

**4. 2**.  The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.

**5. Remittance**

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.

**Statement of Work**     Page **1** of **2**



**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.

| **PROVIDER** | **CLIENT** |
|---|---|
| Hundred CJSC | Lera Investment Technologies, a Delaware limited liability company, |
| 15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia | 1111 Brickell Avenue, Suite 2750, FL 33131 |

DocuSigned by:
_/s/ Narek Abgaryan_
0FB72C88E8A14D0...
Narek Abgaryan, CEO

DocuSigned by:
_/s/ Kevin Walker_
CC14CF79F872449...
Print Name and Title

DocuSign Envelope ID: 5E40BAAA-BA8F-47BB-8C2C-3AC0E4754324



# STATEMENT OF WORK N 002

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**", "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies**, "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

**1. SCOPE OF SERVICES.**

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render accounting services for the role of Manager.

**2. MILESTONE DELIVERABLES**

Key deliverables encompass:

One offs:

1. upload of financial statements (end of year balance of accounts) of fiscal 2019 and 2020 in ERP (NetSuite)
2. create vendor and client complete databases, set up accounts, reports, modules to insure operations of the system

Ongoing:

3. perform ongoing support to LIT with other ERP related issues
4. supervise the senior accountant's tasks (defined in Statement of Work N 001)

**3. DURATION OF SERVICES**

The SERVICES detailed above will start from 08 December 2021 and will continue until termination in accordance with the provisions of the Agreement.

**4. Fees**

**4.1** Hundred's professional fees for the service shall amount USD $4,000 (four thousand) per month for the role of Manager.

**4.2.** The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.



**5. Remittance**

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.

**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.

| PROVIDER | CLIENT |
|---|---|
| Hundred CJSC | Lera Investment Technologies, a Delaware limited liability company, |
| 15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia | 1111 Brickell Avenue, Suite 2750, FL 33131 |
| | DocuSigned by: *Kevin Walker* CC14CE79F872449... |
| Narek Abgaryan, CEO | Kevin Walker, CFO |



# STATEMENT OF WORK N 003

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**", "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies**, "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

**1. SCOPE OF SERVICES.**

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render accounting services for the role of Senior Business Intelligence Analyst.

**2. MILESTONE DELIVERABLES**

Key deliverables encompass setting up reporting and controlling infrastructure for tracking client orders.

**3. DURATION OF SERVICES**

The SERVICES detailed above will start from 08 December 2021 and will continue until termination in accordance with the provisions of the Agreement.

**4. Fees**

**4.1** Hundred's professional fees for the service shall amount USD $3,000 (three thousand) per month for the role of Manager.

**4.2.** The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.

**5. Remittance**

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.

**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.



**PROVIDER**

Hundred CJSC

15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia

_____
Narek Abgaryan, CEO

**CLIENT**

Lera Investment Technologies, a Delaware limited liability company,

1111 Brickell Avenue, Suite 2750, FL 33131

DocuSigned by:

*kevin Walker*

_____
CC14CE79F872449...
Kevin Walker, CFO

Statement of Work                                                                                          Page **2** of **2**

# STATEMENT OF WORK N 004

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**", "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies**, "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

**1. SCOPE OF SERVICES.**

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render accounting services for the role of Manager.

**2. MILESTONE DELIVERABLES**

Key deliverables encompass migration of Trial Balances and General Ledger of Client's Subsidiaries in the ERP for Group Reporting. The Manager will work closely with 3rd party accounting service providers to enhance the account reconciliation processes and improve timely information flow.

**3. DURATION OF SERVICES**

The SERVICES detailed above will start from 01 May 2022 and will continue until termination in accordance with the provisions of the Agreement.

**4. Fees**

**4.1** Hundred's professional fees for the service shall amount USD $4,000 (four thousand) per month for the role of Manager.

**4.2.** The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.

**5. Remittance**

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.

**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.



**PROVIDER**

Hundred CJSC

15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia

DocuSigned by:

*Narek Abgaryan*

348CA3179ABB45B...

Narek Abgaryan, CEO

**CLIENT**

Lera Investment Technologies, a Delaware limited liability company,

1111 Brickell Avenue, Suite 2750, FL 33131

DocuSigned by:

*JAIME COHEN*   JAIME COHEN

BC739342CC3B4D9...

Print Name and Title

Statement of Work    Page **2** of **2**



# STATEMENT OF WORK N 005

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**", "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies**, "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

**1. SCOPE OF SERVICES.**

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render accounting services for the role of Junior Accountant.

**2. MILESTONE DELIVERABLES**

Key deliverables encompass daily GL transaction posting and bank statement reconciliation.

**3. DURATION OF SERVICES**

The SERVICES detailed above will start from 01 June 2022 and will continue until termination in accordance with the provisions of the Agreement.

**4. Fees**

**4.1** Hundred's professional fees for the service shall amount USD $2,000 (two thousand) per month for the role of Manager.

**4.2.** The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.

**5. Remittance**

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.

**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.



**PROVIDER**

Hundred CJSC

15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia

DocuSigned by:
*Narek Abgaryan*
348CA3179ABB45B...

Narek Abgaryan, CEO

**CLIENT**

Lera Investment Technologies, a Delaware limited liability company,

1111 Brickell Avenue, Suite 2750, FL 33131

DocuSigned by:
*JAIME COHEN*   JAIME COHEN
BC739342CC3B4D9...

Print Name and Title

Statement of Work                                                                                                  Page **2** of **2**



# STATEMENT OF WORK N 006

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part of the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**", "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies**, "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

**1. SCOPE OF SERVICES.**

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render accounting services for the role of AR Specialist.

**2. MILESTONE DELIVERABLES**

Key deliverables encompass daily Invoice issuance, payment application, client statement reconciliation, and other ad hoc AR Related tasks.

**3. DURATION OF SERVICES**

The SERVICES detailed above will start from 16 December 2023 and will continue until termination in accordance with the provisions of the Agreement.

**4. Fees**

**4.1** Hundred's professional fees for the service shall amount to USD $3,000 (three thousand) per month for the role.

**4.2.** The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.

**5. Remittance**

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.

**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.


Case 1:25-cv-23255-BB   Document 1-2   Entered on FLSD Docket 07/21/2025   Page 13 of 15


| **PROVIDER** | **CLIENT** |
|---|---|
| Hundred CJSC | Lera Investment Technologies, a Delaware limited liability company, |
| 15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia | 1111 Brickell Avenue, Suite 2750, FL 33131 |

*Narek Abgaryan*
348CA3179ABB45B...

Narek Abgaryan, CEO

*JAIME COHEN* JAIME COHEN
BC739342CC3B4D9...

Print Name and Title


Statement of Work                                                                                                                Page **2** of **2**


# STATEMENT OF WORK N 007

**THIS STATEMENT OF WORK** (this "**SOW**") is an integral part of the **Master Services Agreement N 01** "**Agreement**" that was signed on September 15, 2021. All the provisions of the Agreement, which are not referred to in this SOW, remain unaltered. The SOW is entered into by and between Hundred CJSC "**Hundred**"**,** "**SERVICE PROVIDER**" or "**PROVIDER**", and **Lera Investment Technologies INC., a Delaware corporation,** "**LIT**", "**CLIENT**", (collectively referred to herein as the **"PARTIES"**, and each a **"PARTY"**). This **SOW** governs the following services (the **"SERVICES"**):

1. SCOPE OF SERVICES.

LIT hereby assigns to Hundred, and Hundred hereby undertakes to render Audit Liaison / Support services.

2. MILESTONE DELIVERABLES

Key deliverables encompass:

- Support in the financial audit process and ensure compliance with financial reporting standards.
- Support in gathering and organizing financial data required for the audit, including financial statements, general ledger records, supporting documentation, reconciliations, and other relevant financial information.

3. DURATION OF SERVICES

The SERVICES detailed above will start from the 1st of June 2023 and will continue until termination in accordance with the provisions of the Agreement.

4. Fees

**4.1** Hundred's professional fees for the service shall amount to USD $7,000 (three thousand) per month for the three roles. The three roles include Senior Accountant (USD 3,000), Accounting Manager (USD 4,000), and Managing Partner (pro bono, general oversight).

**4.2.** The Hundred's professional fees for the SERVICES iterated in point 4.1. shall be paid on a monthly basis.

**4.3.** The service fee is subject to change if the scope of work grows more than 15% over the standard 40-hour workweek. All changes in the Fees will be negotiated and agreed upon with the CLIENT.

5. Remittance

**5.1.** Hundred's invoices are due and payable by the CLIENT upon presentation.



**5.2.** The CLIENT shall pay the invoices within 5 (five) business days after the invoices have been delivered to the CLIENT. Invoices are delivered via email.

**5.3.** The payments shall be remitted via Wire Transfer to the account in the invoices.

| PROVIDER | CLIENT |
|---|---|
| Hundred CJSC | Lera Investment Technologies INC., a Delaware corporation |
| 15 Movses Khorenatsi Street, Elite Plaza Business Centre, 0010, Yerevan, Armenia | 1111 Brickell Avenue, Suite 2775, FL 33131 |
| | JAIME COHEN |
| *Narek Abgaryan* | *JAIME COHEN* |
| 348CA3179ABB45B... | BC739342CC3B4D9... |
| Narek Abgaryan, CEO | Print Name and Title |