# EXHIBIT C

## INVOICE: LIT-2024/33
Date of the Invoice – 28 June 2024



| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| Contact Person:<br>Carlos Porras<br>payables@lit-us.com | Contact Person:<br>Narek Abgaryan<br>narek.abgaryan@hundred.am |

**Payment Information:**

| | |
|---|---|
| Correspondent Bank: | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| Intermediary Bank: | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| Beneficiary's Bank: | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| Beneficiary's Account Name: | Hundred CJSC |
| Account No (USD A/C): | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | June 2024 | 1/3 of month | 1,000 |
| Accounting services (Manager) | 002 | June 2024 | 1/3 of month | 1,333 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | June 2024 | 1/3 of month | 1,000 |
| Accounting services (Manager) | 004 | June 2024 | 1/3 of month | 1,333 |
| Accounting services (Junior Accountant) | 005 | June 2024 | 1/3 of month | 667 |
| Accounting services (Senior Accountant) | 006 | June 2024 | 1/3 of month | 1,000 |
| VAT (0 rated) | | | | |
| **Total** | | | | **6,334** |

1



## INVOICE: LIT-2024/33
Date of the Invoice – 28 June 2024

Total invoice amount: **6,334 (six thousand three hundred thirty-four)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**



## INVOICE: LIT-2024/34
### Date of the Invoice – 31 July 2024

| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| *Contact Person:* | *Contact Person:* |
| Carlos Porras | Narek Abgaryan |
| payables@lit-us.com | narek.abgaryan@hundred.am |

*Payment Information:*

| | |
|---|---|
| *Correspondent Bank:* | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| *Intermediary Bank:* | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| *Beneficiary's Bank:* | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| *Beneficiary's Account Name:* | Hundred CJSC |
| *Account No (USD A/C):* | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | July 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | July 2024 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | July 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | July 2024 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | July 2024 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | July 2024 | 1 month | 3,000 |
| Audit Support | | July 2024 | 1 month | 7,000 |
| VAT (0 rated) | | | | |
| **Total** | | | | **26,000** |

1

**INVOICE: LIT-2024/34**

Date of the Invoice – 31 July 2024



Total invoice amount: **26,000 (twenty-six thousand)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**



# INVOICE: LIT-2024/35

## Date of the Invoice – 30 August 2024

| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| | Contact Person: |
| Contact Person: | Narek Abgaryan |
| Carlos Porras | narek.abgaryan@hundred.am |
| payables@lit-us.com | |

**Payment Information:**

| | |
|---|---|
| Correspondent Bank: | JSC BANK OF GEORGIA Tbilisi, Georgia SWIFT: BAGAGE22 |
| Intermediary Bank: | CITIBANK N.A. New York, USA SWIFT: CITIUS33 |
| Beneficiary's Bank: | ID BANK CJSC Yerevan, Armenia SWIFT: ANIKAM22 |
| Beneficiary's Account Name: | Hundred CJSC |
| Account No (USD A/C): | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | August 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | August 2024 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | August 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | August 2024 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | August 2024 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | August 2024 | 1 month | 3,000 |
| Audit Support | | August 2024 | 1 month | 7,000 |
| VAT (0 rated) | | | | |
| **Total** | | | | **26,000** |



## INVOICE: LIT-2024/35
### Date of the Invoice – 30 August 2024

Total invoice amount: **26,000 (twenty-six thousand)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**

# INVOICE: LIT-2024/36

## Date of the Invoice – 30 September 2024



| | |
|---|---|
| *Bill to:*<br><br>**Lera Investment Technologies**<br><br>1111 Brickell Avenue, Suite 2750,<br><br>FL 33131<br><br>USA<br><br>*Contact Person:*<br>Carlos Porras<br>payables@lit-us.com | *Service Provider:*<br><br>**Hundred CJSC**<br><br>Movses Khorenatsi Street 15,<br><br>4th floor, A3' office Yerevan,<br><br>Armenia<br><br>*Contact Person:*<br>Narek Abgaryan<br>narek.abgaryan@hundred.am |

**Payment Information:**

| | |
|---|---|
| *Correspondent Bank:* | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| *Intermediary Bank:* | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| *Beneficiary's Bank:* | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| *Beneficiary's Account Name:* | Hundred CJSC |
| *Account No (USD A/C):* | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | September 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | September 2024 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | September 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | September 2024 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | September 2024 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | September 2024 | 1 month | 3,000 |
| VAT (0 rated) | | | | |
| **Total** | | | | **19,000** |

1



**INVOICE: LIT-2024/36**

Date of the Invoice – 30 September 2024

Total invoice amount: **19,000 (nineteen thousand)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**

# INVOICE: LIT-2024/37

## Date of the Invoice – 31 October 2024



| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| *Contact Person:*<br>Carlos Porras<br>payables@lit-us.com | *Contact Person:*<br>Narek Abgaryan<br>narek.abgaryan@hundred.am |

**Payment Information:**

| | |
|---|---|
| *Correspondent Bank:* | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| *Intermediary Bank:* | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| *Beneficiary's Bank:* | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| *Beneficiary's Account Name:* | Hundred CJSC |
| *Account No (USD A/C):* | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | October 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | October 2024 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | October 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | October 2024 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | October 2024 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | October 2024 | 1 month | 3,000 |
| VAT (0 rated) | | | | |
| **Total** | | | | **19,000** |

## INVOICE: LIT-2024/37
Date of the Invoice – 31 October 2024



Total invoice amount: **19,000 (nineteen thousand)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**



# INVOICE: LIT-2024/38

## Date of the Invoice – 30 November 2024

| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| | *Contact Person:* |
| *Contact Person:* | Narek Abgaryan |
| Carlos Porras | narek.abgaryan@hundred.am |
| payables@lit-us.com | |

**Payment Information:**

| | |
|---|---|
| *Correspondent Bank:* | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| *Intermediary Bank:* | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| *Beneficiary's Bank:* | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| *Beneficiary's Account Name:* | Hundred CJSC |
| *Account No (USD A/C):* | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | November 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | November 2024 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | November 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | November 2024 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | November 2024 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | November 2024 | 1 month | 3,000 |
| Late Fee | | | | 4,000 |
| VAT (0 rated) | | | | |
| **Total** | | | | **23,000** |



**INVOICE: LIT-2024/38**

Date of the Invoice – 30 November 2024

Total invoice amount: **23,000 (twenty-tree thousand)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**

# INVOICE: LIT-2024/39

## Date of the Invoice – 30 December 2024



| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| | *Contact Person:* |
| *Contact Person:* | Narek Abgaryan |
| Carlos Porras | narek.abgaryan@hundred.am |
| payables@lit-us.com | |

*Payment Information:*

| | |
|---|---|
| *Correspondent Bank:* | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| *Intermediary Bank:* | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| *Beneficiary's Bank:* | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| *Beneficiary's Account Name:* | Hundred CJSC |
| *Account No (USD A/C):* | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | December 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | December 2024 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | December 2024 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | December 2024 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | December 2024 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | December 2024 | 1 month | 3,000 |
| Late Fee | | | | 1,573 |
| VAT (0 rated) | | | | |
| **Total** | | | | **20,573** |

1

**INVOICE: LIT-2024/39**
Date of the Invoice – 30 December 2024



Total invoice amount: **20,573 (twenty thousand five hundred seventy-three)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**

# INVOICE: LIT-2025/40

### Date of the Invoice – 31 January 2025



| Bill to: | Service Provider: |
|---|---|
| **Lera Investment Technologies** | **Hundred CJSC** |
| 1111 Brickell Avenue, Suite 2750, | Movses Khorenatsi Street 15, |
| FL 33131 | 4th floor, A3' office Yerevan, |
| USA | Armenia |
| | *Contact Person:* |
| *Contact Person:* | Narek Abgaryan |
| Carlos Porras | narek.abgaryan@hundred.am |
| payables@lit-us.com | |

**Payment Information:**

| | |
|---|---|
| *Correspondent Bank:* | JSC BANK OF GEORGIA<br>Tbilisi, Georgia<br>SWIFT: BAGAGE22 |
| *Intermediary Bank:* | CITIBANK N.A.<br>New York, USA<br>SWIFT: CITIUS33 |
| *Beneficiary's Bank:* | ID BANK CJSC<br>Yerevan, Armenia<br>SWIFT: ANIKAM22 |
| *Beneficiary's Account Name:* | Hundred CJSC |
| *Account No (USD A/C):* | 11817063731801 |

| Professional Services | SOW # | Period | Desc. | Amount (USD) |
|---|---|---|---|---|
| Accounting services (Senior Accountant) | 001 | January 2025 | 1 month | 3,000 |
| Accounting services (Manager) | 002 | January 2025 | 1 month | 4,000 |
| Accounting services (Senior Business Intelligence Analyst) | 003 | January 2025 | 1 month | 3,000 |
| Accounting services (Manager) | 004 | January 2025 | 1 month | 4,000 |
| Accounting services (Junior Accountant) | 005 | January 2025 | 1 month | 2,000 |
| Accounting services (Senior Accountant) | 006 | January 2025 | 1 month | 3,000 |
| Late Fee | | | | 2,092 |
| VAT (0 rated) | | | | |
| **Total** | | | | **21,092** |

1

## INVOICE: LIT-2025/40
Date of the Invoice – 31 January 2025



Total invoice amount: **21,092 (twenty-one thousand ninety-two)** *USD*

**Narek Abgaryan**
**CEO**
**Hundred CSJC**